# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Frank P. Hammes and Jean Feehan, | CIVIL FILE NO.: 03-6456 |
| | (MJD/JSM) |
| Plaintiffs, | |
| vs. | **ORDER** |
| YAMAHA Motor Corporation, U.S.A., Inc., a/k/a Yamaha Motor Corporation, USA, a wholly-owned subsidiary of Yamaha Motor Corporation, a California corporation, and Port Yamaha West Corp., a Wisconsin corporation; and YAMAHA MOTOR CO., LTD., a Japanese corporation, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Port Yamaha are dismissed with prejudice, without costs and disbursements to any party.

Dated: October 13, 2005.

s / Michael J. Davis
Honorable Michael J. Davis
Judge of United States District Court
District of Minnesota

#104573