UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Frank Hammes and Jean Feehan, | CIVIL NO. 03-6456 (MJD/JSM) |
| Plaintiffs, | |
| vs. | **ORDER** |
| Yamaha Motor Corporation U.S.A., Inc., A/K/A/ Yamaha Motor Corporation, USA, A Wholly-Owned Subsidiary of Yamaha Motor Corporation, A California Corporation, And Yamaha Motor Co., Ltd., A Japanese Corporation, | |
| Defendants. | |

James P. Ryan, Jr. and DeAnna J. Schleusner, Ryan & Grinde, Ltd., Counsel for Plaintiffs.

Brian N. Johnson, Cortney G. Sylvester and Cynthia P. Arends, Halleland Lewis Nilan & Johnson P.A., Counsel for Defendants Yamaha Motor Corp. U.S.A., Inc. and Yamaha Motor Company, Ltd.


On December 5, 2005, the Court granted Plaintiffs' Motion for Leave to File a Reply/Supplemental Brief in Opposition to Defendants' Motion to Exclude Plaintiffs' Expert Testimony and Motion for Summary Judgment.  (Doc. No. 113.) The Court has not yet received Plaintiffs' supplemental brief.  Plaintiffs shall have until Friday, January 13, 2006 at 12:00 p.m. to submit any supplemental brief they intend to file.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that

Plaintiffs' supplemental brief shall be filed no later than 12:00 p.m. on Friday, January 13, 2006.


Dated: January 6, 2006              s/ Michael J. Davis
                                    Judge Michael J. Davis
                                    United States District Court