UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Frank Hammes and Jean Feehan, | CIVIL NO. 03-6456 (MJD/JSM) |
| Plaintiffs, | |
| vs. | **ORDER** |
| Yamaha Motor Corporation U.S.A., Inc., A/K/A/ Yamaha Motor Corporation, USA, A Wholly-Owned Subsidiary of Yamaha Motor Corporation, A California Corporation, And Port Yamaha West Corp., A Wisconsin Corporation, And Yamaha Motor Co., Ltd., A Japanese Corporation, | |
| Defendants. | |

This matter is before the Court on a Stipulation of the Parties to undesignate certain documents as "Confidential". [Doc. No. 128].

Based upon the stipulation of the parties, files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

Yamaha documents Bates Stamp Nos. 03050-03812 and 05099-05118 are undesignated "Confidential". Exhibit A and Exhibit C to the Affidavit of DeAnna J. Schleusner dated January 13, 2006, shall be unsealed and electronically filed.

Dated: March 16, 2006              s / Michael J. Davis
                                   Michael J. Davis
                                   United States District Court